# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | MDL DOCKET NO. 1699 |
| | Case No. C05-4496 (CRB) |
| This document relates to | |
| ROBERT SCHWARTZ, | STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS |
| Plaintiffs, | |
| vs. | |
| G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, a Delaware corporation; PFIZER, INC., a Delaware corporation, | |
| Defendants. | |

Pursuant to *Federal Rules of Civil Procedure*, Rule 41(a)(i)(ii), the undersigned counsel hereby stipulate that all claims of plaintiff **ROBERT SCHWARTZ** against defendants G.D. SEARLE & CO., PHARMACIA CORPORATION; MONSANTO COMPANY, and PFIZER, INC. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

*/s/ Mark P. Robinson, Jr.*

Mark P. Robinson, Jr.
**ROBINSON, CALCAGNIE & ROBINSON**
620 Newport Center Drive, 7th Floor
Newport Beach, CA 92660
Dated: April 7, 2009

1

DATED: __Oct. 22__, 2009          DLA PIPER LLP (US)

By: ___/s/_____
  Matt Holian
  Attorneys for Defendants

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: __OCT 2 8 2009__

_____
Hon. Charles R. Breyer
United States District Court

2